IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., | No. C 13-03132  RS |
| | **CASE MANAGEMENT SCHEDULING ORDER** |
| Plaintiff, | |
| v. | |
| KD CONSTRUCTION, INC., et al., | |
| Defendants. | |
| _____/ | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 10, 2013.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.   ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION.  In accordance with the stipulation and proposed order filed previously by the parties, they are to participate in mediation on or before January 8, 2014.

2.   DISCOVERY.

On or before February 21, 2014, all non-expert discovery shall be completed by the parties.  Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b)

twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3.      DISCOVERY DISPUTES.

Discovery disputes will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

4.      EXPERT WITNESSES.  The disclosure and discovery of expert witnesses shall proceed as follows:

A. On or before March 21, 2014, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

B. On or before April 11, 2014, parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

C. On or before May 2, 2014, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

6.      PRETRIAL MOTIONS.  All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.  Each party is limited to one motion for summary judgment absent leave of Court.  All pretrial motions shall be heard no later than **June 5, 2014**.

7.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **July 10, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate

CASE MANAGEMENT SCHEDULING ORDER

1  Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend

2  personally.

3          8.       TRIAL DATE.   A bench trial shall commence on **July 21, 2014 at 9:00 a.m.**, in

4  Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

5  California.

6          IT IS SO ORDERED.

7

8  DATED:   10/10/13

9          _____

10                  RICHARD SEEBORG
                    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          CASE MANAGEMENT SCHEDULING ORDER

28

For the Northern District of California

3