UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KD CONSTRUCTIONS, INC., et al.,<br>　　　　Defendants. | No. C 13-3132 RS<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　December 18, 2013<br>Mediator:　Andre Hassid |

　　　IT IS HEREBY ORDERED that the request to excuse defendants Mei Yung Ching and Daniel Ching from appearing in person at the December 18, 2013 mediation before Andre Hassid is GRANTED.  Ms. Ching and Mr. Ching shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

December 9, 2013　　　　　By:　　　_(signature)_
Dated　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**