UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KD CONSTRUCTION, INC., et al., <br><br> Defendants. | Case No.: CV 13-3132 JD <br><br> [PROPOSED] DEFAULT JUDGMENT AGAINST DEFENDANT KD CONSTRUCTION, INC. <br><br> [Docket No. 53] |

The hearing on Plaintiffs' first motion for default judgment against Defendant KD Construction, Inc. dba KD Interiors ("KD Construction") pursuant to Federal Rule of Civil Procedure Rule 55 (b)(2) was held on June 11, 2014, before the Honorable James Donato in Courtroom 11, 19th floor, located at 450 Golden Gate Avenue, San Francisco, California. A Second Motion for Default Judgment was filed by Plaintiffs in accordance with the Court's Civil Minutes dated July 28, 2014. See Docket No. 53. The Court has reviewed and considered Plaintiffs' Motion for Default Judgment against KD Construction, Second Motion for Default Judgment against KD Construction and supporting declarations thereto, and all other papers on file in this action.

"Factors which may be considered by courts in exercising discretion as to the entry of a default judgment include: (1) the possibility of prejudice to the plaintiff, (2) the merits of plaintiff's substantive claim, (3) the sufficiency of the complaint, (4) the sum of money at stake in the action; (5) the possibility of a dispute concerning material facts; (6) whether the default was

due to excusable neglect, and (7) the strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits." *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986).  Here, the Court has considered these factors, and finds especially significant plaintiffs' counsel's representation that "Defendants Daniel Ching and the Ching Trust, and their counsel, have no objections to the amount of the default judgment Plaintiffs are requesting against Defendant KD Construction . . . ."  Dkt. No. 55 ¶ 3.  Defendant Daniel Ching is the listed agent and sole officer for KD Construction, Inc.  *See* Dkt. No. 55-1, Ex. A.

Good cause appearing therefore, IT IS HEREBY ORDERED THAT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT KD CONSTRUCTION IS GRANTED.  The Court hereby enters judgment totaling $807,825.88 against Defendant KD Construction as follows:

| Assessed Withdrawal Liability | $ 572,460.00 |
|---|---|
| 10% Interest 12/1/12 through 6/11/14 | $  87,359.88 |
| 20% Liquidated Damages | $ 114,892.00 |
| Attorneys' Fees 11/14/12 through 3/31/14 | $  32,574.00 |
| **TOTAL** | **$ 807,285.88** |

Post-judgment interest shall accrue at the rate of 10% per annum on the unpaid withdrawal liability ($572,460) and at the legal rate on the entire Judgment ($807,825.88) until satisfied.

IT IS SO ORDERED.

Dated: September 29, 2014



_____
The Honorable
UNITED STATES DISTRICT JUDGE